**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**IN RE**

**ORLANDO MEDICAL INSTITUTE, INC.,**

**CASE NO.: 6:24-bk-06628-TPG**
**CHAPTER 11**

*Subchapter V Election*

    **Debtor.**
_____/

**NOTICE OF FILING**

**ORLANDO MEDICAL INSTITUTE, INC.,** ("OMI" or "Debtor"), by and through its undersigned counsel, hereby files the following copies of Debtor's most recent financial documents, and tax returns that are unaudited and subject to revisions:

1. 2022 Filed Tax Return

2. Balance Sheet as of December 31, 2023.

3. Financial Statement for the period of January 1, 2024, through December 31, 2023.

Dated: December 16, 2024

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE

ORLANDO MEDICAL INSTITUTE, INC.,

**CASE NO.: 6:24-bk-06628-TPG**
**CHAPTER 11**

*Subchapter V Election*

    Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Subchapter V Trustee, L. Todd Budgen, PO Box 520546, Longwood, Florida 32752; Assn Company, PO Box 2576, Springfield, IL 62708; CT Corporation, 330 N. Brand Blvd., Suite 700, Attn: SPRS, Glendale, CA 91203; the parties entitled to receive CM/ECF noticing; the secured creditors and the twenty largest unsecured creditors as shown on the matrix attached to the original of this statement filed with the Court; and **Office of the United States Trustee**, c/o Scott E. Bomkamp, Esq., George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, scott.e.bomkamp@usdoj.gov; this 16th day of December 2024.

                                            /s/ Daniel A. Velasquez
                                            Daniel A. Velasquez, Esq.

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning                , ending

| **A** S election effective date 12/18/2004 | **TYPE OR PRINT** | Name: ORLANDO MEDICAL INSTITUTE, INC. | **D** Employer identification number 42-1654639 |
|---|---|---|---|
| **B** Business activity code number (see instructions) 611000 | | Number, street, and room or suite no. If a P.O. box, see instructions. 6220 S Orange Blossom Trail, STE 410 | **E** Date incorporated 12/8/2004 |
| **C** Check if Sch. M-3 attached ☐ | | City or town: Orlando    State: FL    ZIP code: 32809 Foreign country name    Foreign province/state/county    Foreign postal code | **F** Total assets (see instructions) $ 796,677 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions.   ☐ Yes   ☒ No

**H** Check if:   (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change   (4) ☐ Amended return   (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . 1

**J** Check if corporation:   (1) ☐ Aggregated activities for section 465 at-risk purposes   (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 974,428 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 974,428 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 67,611 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 906,817 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 906,817 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| 7 | Compensation of officers (see instructions — attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | 215,191 |
| 9 | Repairs and maintenance | 9 | 6,231 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 188,352 |
| 12 | Taxes and licenses | 12 | 95,805 |
| 13 | Interest (see instructions) | 13 | 346 |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 45,733 |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) | 19 | 347,597 |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 899,255 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 7,562 |

### Tax and Payments

| | | | |
|---|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | 0 |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | 0 |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0 |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | 0 |
| 27 | Enter amount from line 26: **Credited to 2023 estimated tax**                Refunded | 27 | 0 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date _____   Title: Officer

May the IRS discuss this return with the preparer shown below? See instructions.   ☐ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Chi Lau | | 9/12/2023 | | P01789522 |
| Firm's name | Laus Consulting Services LLC | | Firm's EIN | 26-1091921 |
| Firm's address | 879 Outer Rd, Ste B | | Phone no. | (407) 401-9768 |
| City | Orlando | State: FL | ZIP code | 32814 |

For Paperwork Reduction Act Notice, see separate instructions.                         Form **1120-S** (2022)
HTA

*CLIENT COPY*

Form 1120-S (2022)　　ORLANDO MEDICAL INSTITUTE, INC.　　42-1654639　　Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual | | | | | |
| | **c** ☐ Other (specify) _____ | | | | | |
| **2** | See the instructions and enter the: | | | | | |
| | **a** Business activity  Education Services  **b** Product or service  Vocational Training | | | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | X |
| **4** | At the end of the tax year, did the corporation: | | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock _____ | | |
| | **(ii)** Total shares of non-restricted stock _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year _____ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions　$ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | X | |
| **10** | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions? | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2022)

CLIENT COPY

Form 1120-S (2022)   ORLANDO MEDICAL INSTITUTE, INC.                                           42-1654639      Page **3**

| Schedule B | Other Information (see instructions) (continued) | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . $ | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 7,562 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) . . . 3a | | |
| | b Expenses from other rental activities (attach statement) . . . 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends . . . 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b Collectibles (28%) gain (loss) . . . 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) . . . 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) . . . Type: | 10 | |
| Deductions | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | 28,806 |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures . . . Type: | 12c | |
| | d Other deductions (see instructions) . . . Type: | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instructions) . Type: | 13d | |
| | e Other rental credits (see instructions) . Type: | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) . . . Type: | 13g | |
| International | 14 Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . ☐ | | |
| Alternative Minimum Tax (AMT) Items | 15a Post-1986 depreciation adjustment | 15a | -1,059 |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties—gross income | 15d | |
| | e Oil, gas, and geothermal properties—deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | 20,000 |
| | e Repayment of loans from shareholders | 16e | |
| | f Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2022)

Form 1120-S (2022)  ORLANDO MEDICAL INSTITUTE, INC.                                    42-1654639    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---:|
| **Other Information** | | |
| 17a | Investment income | |
| b | Investment expenses | |
| c | Dividend distributions paid from accumulated earnings and profits | |
| d | Other items and amounts (attach statement) | |
| **Reconciliation** | | |
| 18 | Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | -21,244 |

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---:|---:|---:|---:|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 366,330 | | |
| 2a | Trade notes and accounts receivable | 58,612 | | 184,146 | |
| b | Less allowance for bad debts | | 58,612 | | 184,146 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | 45,516 | | 44,484 |
| 7 | Loans to shareholders | | 321,463 | | 513,691 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 648,366 | | 702,560 | |
| b | Less accumulated depreciation | 602,471 | 45,895 | 648,204 | 54,356 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 837,816 | | 796,677 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 28,226 | | 30,279 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | 55,363 | | 120,805 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | 711,443 | | 644,053 |
| 22 | Capital stock | | 100 | | 100 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 42,684 | | 1,440 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 837,816 | | 796,677 |

Form **1120-S** (2022)

CLIENT COPY

Form 1120-S (2022)   ORLANDO MEDICAL INSTITUTE, INC.   42-1654639   Page **5**

### Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -21,244 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ _____ | 0 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation  $ _____ | | a | Depreciation  $ _____ | 0 |
| b | Travel and entertainment  $ _____ | | 7 | Add lines 5 and 6 | 0 |
| | | 0 | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 | -21,244 | | Subtract line 7 from line 4 | -21,244 |

### Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | | 42,684 |
| 2 | Ordinary income from page 1, line 21 | 7,562 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | | | | |
| 5 | Other reductions | 28,806 | | | |
| 6 | Combine lines 1 through 5 | -21,244 | 0 | 0 | 42,684 |
| 7 | Distributions | | | | 20,000 |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -21,244 | 0 | 0 | 22,684 |

Form **1120-S** (2022)

CLIENT COPY

671121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

# Schedule K-1 (Form 1120-S)
**2022**
Department of the Treasury
Internal Revenue Service
For calendar year 2022, or tax year
beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**
See separate instructions.

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 7,562 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Schedule K-3 is attached if checked | ☐ |
| 6 | Royalties | | 15 | Alternative minimum tax (AMT) items | A  -1,059 |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | 16 | Items affecting shareholder basis | D  20,000 |
| 10 | Other income (loss) | | | | |
| | | | 17 | Other information | V*  See Attached Stmt |
| 11 | Section 179 deduction | | | | AC  1,245,324 |
| 12 | Other deductions | A  28,806 | | | |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

## Part I — Information About the Corporation

**A** Corporation's employer identification number
42-1654639

**B** Corporation's name, address, city, state, and ZIP code
ORLANDO MEDICAL INSTITUTE, INC.
STE 410
6220 S Orange Blossom Trail
Orlando, FL 32809

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . . _____
End of tax year . . . . . . . . . . . . . _____

## Part II — Information About the Shareholder

**E** Shareholder's identifying number    Shareholder: 1
XXX-XX-2666

**F** Shareholder's name, address, city, state, and ZIP code
Felix J Marquez JR
6737 Lake Carlisle Blvd
Orlando, FL 32819

**G** Current year allocation percentage . . . . . 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . . _____
End of tax year . . . . . . . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . . . $ _____

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   Schedule K-1 (Form 1120-S) 2022
HTA

CLIENT COPY

Felix J Marquez JR                                                                                              XXX-XX-2666

## K-1 Statement (Sch K-1, Form 1120S)

### Line 12 - Deductions
**A** Code A - Cash contributions (60%) . . . . . . . . . . . . . . . . . . . . . . . . . . **A**    28,806

### Line 15 - AMT Items
**A** Code A - Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . **A**    -1,059

### Line 16 - Items affecting shareholder basis
**D** Code D - Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **D**    20,000

### Line 17 - Other Information
**AC** Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . . . . **AC**    1,245,324

### Section 199A Information (Code V)

|  | Non-SSTB | SSTB |
|---|---:|---:|
| **Income Items** | | |
| Ordinary Income | 7,562 | 0 |
| **Deduction Items** | | |
| Cash Contributions (60%) | 28,806 | 0 |
| **Additional Information** | | |
| Section 199A W-2 wages | 215,191 | 0 |
| Section 199A unadjusted basis | 401,764 | 0 |

CLIENT COPY

**Line 17, Code N, Section 453A(c) Information (Sch K1 (1120S))**  42-1654639
ORLANDO MEDICAL INSTITUTE, INC.

Felix J Marquez JR  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



CLIENT COPY

Case 6:24-bk-06628-TPG    Doc 21    Filed 12/16/24    Page 10 of 15

| Form 1120S | **Shareholder's Basis Statement** | 2022 |
|---|---|---|
| | Note to Shareholder: Keep for your records | |

| Shareholder's name<br>Felix J Marquez JR | Shareholder: 1 | Identifying Number<br>XXX-XX-2666 |
|---|---|---|
| S Corporation's name<br>ORLANDO MEDICAL INSTITUTE, INC. | | Employer ID Number<br>42-1654639 |

## Summary

| | Beginning Balance | Increases | Decreases | Distributions | Ending Balance |
|---|---|---|---|---|---|
| Stock | 269,067 | 7,562 | 28,806 | 20,000 | 227,823 |
| Loan | 0 | 0 | 0 | ///// | 0 |
| Total | 269,067 | 7,562 | 28,806 | 20,000 | 227,823 |

## Election

☐ Check if special ordering election under Reg. Section 1.1367-1(g) has been made.

## Stock Basis

| | | | |
|---|---|---|---|
| 1 | Beginning of year stock basis | 1 | 269,067 |
| 2 | Capital contributions | 2 | |
| 3 | Other increases | 3 | 0 |
| 4 | Income items | 4 | 7,562 |
| 5 | Add lines 1 through 4 | 5 | 276,629 |
| 6 | Other decreases | 6 | 0 |
| 7 | Distributions (not to exceed line 5 less line 6) | 7 | 20,000 |
| | Distributions in excess of basis          0 | | |
| 8 | Subtract the sum of line 6 and line 7 from line 5 (if zero or less enter 0) | 8 | 256,629 |
| 9 | ☐ Loss items (not to exceed line 8) OR<br>☐ Nondeductible expenses (not to exceed line 8) | 9 | 0 |
| 10 | Subtract line 9 from line 8 | 10 | 256,629 |
| 11 | ☐ Nondeductible expenses (not to exceed line 10) OR<br>☒ Loss items (not to exceed line 10) | 11 | 28,806 |
| 12 | Subtract line 11 from line 10 | 12 | 227,823 |
| 13 | Loan basis restoration | 13 | 0 |
| 14 | End of year stock basis (subtract line 13 from line 12) | 14 | 227,823 |

## Loan Balance

Check one:   ☐ Formal note   ☐ Open account debt

| | | | |
|---|---|---|---|
| 1 | Loan balance at the beginning of the year | 1 | 0 |
| 2 | Additional loans (made during the year) | 2 | |
| 3 | Principal portion of debt repayment (not including interest) | 3 | 0 |
| 4 | Loan balance at the end of the year | 4 | 0 |

## Loan Basis

| | | | |
|---|---|---|---|
| 1 | Beginning of year loan basis | 1 | 0 |
| 2 | Loan basis restoration | 2 | 0 |
| 3 | Current year loans to corporation | 3 | |
| 4 | Add lines 1 through 3 | 4 | 0 |
| 5 | Loan repayments (not to exceed line 4) | 5 | 0 |
| 6 | Other Decreases | 6 | |
| 7 | Subtract the sum of lines 5 and 6 from line 4 | 7 | 0 |
| 8 | ☐ Excess loss items (not to exceed line 7) OR<br>☐ Excess nondeductible expense items (not to exceed line 7) | 8 | 0 |
| 9 | Subtract line 8 from line 7 | 9 | 0 |
| 10 | ☐ Excess nondeductible expense items (not to exceed line 9) OR<br>☒ Excess loss items (not to exceed line 9) | 10 | 0 |
| 11 | End of year loan basis (subtract line 10 from line 9) | 11 | 0 |

CLIENT COPY

Felix J Marquez JR                                                                                                          XXX-XX-2666

## Income Items

| # | Item | | Amount | Total |
|---|---|---|---:|---:|
| 1 | Ordinary income from trade or business activities | 1 | 7,562 | |
| 2 | Net income from rental real estate activities | 2 | 0 | |
| 3 | Net income from other rental activities | 3 | 0 | |
| 4 | Interest | 4 | 0 | |
| 5 | Ordinary dividends | 5 | 0 | |
| 6 | Royalties | 6 | 0 | |
| 7 | Net short-term capital gain | 7 | 0 | |
| 8 | Net long-term capital gain | 8 | 0 | |
| 9 | Net section 1231 gain | 9 | 0 | |
| 10 | Other income | 10 | 0 | |
| 11 | Tax-exempt interest income | 11 | 0 | |
| 12 | Other tax-exempt income | 12 | 0 | |
| 13 | Gain on disposition of Section 179 assets | 13 | 0 | |
| | Total income items | | | 7,562 |

## Loss and Expense Items

| # | Item | | Amount | Total |
|---|---|---|---:|---:|
| 1 | Ordinary loss from trade or business activities | 1 | 0 | |
| 2 | Net loss from rental real estate activities | 2 | 0 | |
| 3 | Net loss from other rental activities | 3 | 0 | |
| 4 | Net short-term capital loss | 4 | 0 | |
| 5 | Net long-term capital loss | 5 | 0 | |
| 6 | Net section 1231 loss | 6 | 0 | |
| 7 | Other loss | 7 | 0 | |
| 8 | Section 179 expense deduction | 8 | 0 | |
| 9 | Charitable contributions | 9 | 28,806 | |
| 10 | Investment interest expense | 10 | 0 | |
| 11 | Section 59(e)(2) expenditures | 11 | 0 | |
| 12 | Other deductions | 12 | 0 | |
| 13 | Loss on disposition of Section 179 assets | 13 | 0 | |
| 14 | Total foreign taxes | 14 | 0 | |
| 15 | Carryforward of prior losses | 15 | 0 | |
| | Total loss and expense items | | | 28,806 |

## Nondeductible Expense Items

| # | Item | | Amount | Total |
|---|---|---|---:|---:|
| 1 | Nondeductible expenses | 1 | 0 | |
| 2 | Carryforward of prior nondeductible expenses | 2 | 0 | |
| | Total nondeductible expense items | | | 0 |

## Loss Carryovers

| # | Item | | Amount |
|---|---|---|---:|
| 1 | Loss items | 1 | 0 |
| 2 | Nondeductible expense items | 2 | 0 |

CLIENT COPY

**ORLANDO MEDICAL INSTITUTE, INC.**
**BALANCE SHEET**
**DECEMBER 31, 2023**

**Assets**

Current Assets
- Cash and cash equivalents — $ 17,741
- Accounts receivable, net of allowances for credit losses of $0 — 34,579
- Right of Use of Operating Lease Asset - Current — 178,964

Total current assets — 231,284

Furniture and equipment, net of accumulated depreciation of $641,208 — 52,976

Other Assets
- Security deposit — 17,000

Total other assets — 17,000

Total assets — $ 301,260

**Liabilities and Stockholder's Equity**

Current liabilities
- Accounts payable and accrued expenses — $ 136,330
- Note payable IRS, current portion — 24,000
- Long-term debt, current portion — -
- Lease liability current — 184,380
- Deferred tuition — 65,389

Total current liabilities — 410,099

Long-term liabilities
- Long-term debt, long-term portion — 501,600
- Note payable IRS, long-term portion — 183,996
- Due to related party — 76,631

Total long-term liabilities — 762,227

Total liabilities — 1,172,326

Stockholder's equity
- Common stock, $1 par value, 100 shares issued and outstanding — 100
- Retained earnings (Deficiency) — (871,166)

Total stockholder's equity — (871,066)

Total liabilities and stockholder's equity — $ 301,260

The accompanying notes are an integral part of these financial statements.

- 3 -

**IVAN LABRADOR, CPA –** 3671 Daydream Place, Saint Cloud, FL 34772

**ORLANDO MEDICAL INSTITUTE, INC.**
**STATEMENT OF OPERATIONS AND RETAINED EARNINGS (DEFICIENCY)**
**FOR THE YEAR ENDED DECEMBER 31, 2023**

**REVENUES**

| | |
|---|---:|
| Earned tuition and student fees | $ 805,919 |
| Sales and other student services | 82,188 |
| Total Revenues | 888,107 |

**OPERATING EXPENSES**

Instructional expenses

| | |
|---|---:|
| Salaries and professional services | 120,089 |
| Instructional materials and supplies | 143,734 |
| Total Instructional expenses | 263,823 |

Occupancy expenses

| | |
|---|---:|
| Rent expense | 194,207 |
| Utilities and public services | 32,099 |
| Repair and maintenance | 3,089 |
| Depreciation and amortization | 38,320 |
| Other occupancy expenses | 741 |
| Total Occupancy expenses | 268,455 |

Administrative expenses

| | |
|---|---:|
| Salaries and payroll taxes | 149,098 |
| Professional services | 19,044 |
| Advertising and promotion | 12,595 |
| Information technology expense | 15,372 |
| Other expenses | 148,117 |
| Total Administrative expenses | 344,226 |

Student services

| | |
|---|---:|
| Salaries and payroll taxes | 42,733 |
| Total Student services | 42,733 |
| Total Operating Expenses | 919,238 |
| Income from Operations | (31,131) |

**OTHER INCOME (EXPENSE)**

| | |
|---|---:|
| Interest expense | (17,034) |
| IRS penalties | (12,462) |
| Disposal of assets | (12,880) |
| Interest income | $ 1 |
| Total other income (expenses) | (42,375) |
| **NET LOSS** | $ (73,506) |

| | |
|---|---:|
| **RETAINED EARNINGS (DEFICIENCY),** beginning of the year | $ (818,468) |
| **NET LOSS** | (73,506) |
| **NET CONTRIBUTION** | 20,808 |
| **RETAINED EARNINGS (DEFICIENCY),** end of year | $ (871,166) |

The accompanying notes are an integral part of these financial statements.

- 4 -

**IVAN LABRADOR, CPA –** 3671 Daydream Place, Saint Cloud, FL 34772

**ORLANDO MEDICAL INSTITUTE, INC.**
**STATEMENT OF CASH FLOWS**
**FOR THE YEAR ENDED DECEMBER 31, 2023**

| | |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Net loss | (73,506) |
| Adjustments to reconcile net loss to net cash used by operating activities: | |
|    Depreciation and amortization | 38,320 |
|    Loss on disposal of asset | 12,880 |
|    Amortization of Right of Use Asset | 171,845 |
| (Increase) decrease in: | |
|    Accounts receivable | 9,280 |
|    Prepaid expenses | 5,952 |
| Increase (decrease) in: | |
|    Accounts payable and accrued expenses | (20,342) |
|    Deferred tuition | 12,128 |
|    Lease liability | (171,792) |
|     Net cash used by operating activities | (15,235) |
| **Cash Flows from Investing Activities** | |
|    Purchase of fixed assets | (2,500) |
|     Net cash used by investing activities | (2,500) |
| **Cash Flows from Financing Activities** | |
|    Net contribution from stockholder | 20,808 |
|    Increase in due to a related party | 15,209 |
|    Payments of term notes | (1,767) |
|     Net cash provided by financing activities | 34,249 |
| **Net increase in cash** | 16,515 |
| **Cash and cash equivalents - beginning of year** | 1,227 |
| **Cash and cash equivalents - end of year** | $ 17,741 |
| | |
| **Supplemental disclosures** | |
|    Interest paid | $ 17,034 |

Draft

The accompanying notes are an integral part of these financial statements.

- 5 -

**IVAN LABRADOR, CPA –** 3671 Daydream Place, Saint Cloud, FL 34772