

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/16/2025 02:30 PM

COURTROOM   6A, 6th Floor

HONORABLE TIFFANY GEYER

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-06628-TPG** | **11** | **12/05/2024** |

**Chapter 11**

**DEBTOR:**   Orlando Medical Institute, Inc.

**DEBTOR ATTY:**   Daniel Velasquez

**TRUSTEE:**   Jerrett McConnell

**HEARING:**

1) Initial Status Conference
Pre-Status Conference Report (Doc #35) 1/2/25
Preliminary Hearing:
2) Debtor's Motion to Use Cash Collateral (Doc #10) 12/12/24
3) Debtor's Motion for Authority to Pay Pre-Petition Wages (with respect to insiders)   (Doc #11) 12/12/24
Pending with Negative Notice:
Debtor's Motion to Determine Secured Status/Value of U.S. Small Business Administration and to Strip Lien. Total Secured         Amount Claimed: $494,070.00 (Doc #40) 1/15/25
Notes: 12/18
341 concluded 1/13/25
Claims Deadline: 2/13/25
Plan Due: 3/5/25
Case Management Summary (Doc #5) 12/9/24
Schedules (Doc #36) 1/6/25

**APPEARANCES:**:   Daniel Velasquez: Debtor Attorney; Jerrett McConnell: Trustee; Wanda Murray: US Trustee; Nicholas Rossoletti: Heaven 3 Re;

**RULING:**

1)   Initial Status Conference:   Conference held and continued to March 6, 2025, at 11:30AM (AOCNFNG);

Preliminary Hearing:

2)   Debtor's Motion to Use Cash Collateral   (Doc #10) -Granted Interim Basis through further hearing scheduled for March 6, 2025, at 11:30AM; Order by Velasquez;

3)   Debtor's Motion for Authority to Pay Pre-Petition Wages (with respect to insiders)    (Doc #11) -Granted on Final Basis; Order by Velasquez; **Note: Provided Plan is filed on or before 1/30/25, CM to enter Order Scheduling Confirmation for 3/6/25 at 11:30AM**;    (dh).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.